UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CRESENCIO GARCIA-ROCIO,

    Petitioner,

v.

DAVID PEDRO,

    Respondent.

Case No. 2:23-cv-00676-MC

**JUDGMENT**

This action is dismissed without prejudice.

DATED this 16th day of May, 2024.

    s/ Michael J. McShane
    MICHAEL J. MCSHANE
    United States District Judge